■ In the Matter of JAHMEL CLARK, Petitioner, v NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION et al., Respondents. [28 NYS3d 639]—Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the

Supreme Court, entered in Ulster County) to review two determinations of the Commissioner of Corrections and Community Supervision and two determinations of respondent Superintendent of Shawangunk Correctional Facility finding petitioner guilty of violating certain prison disciplinary rules.

Petitioner commenced this CPLR article 78 proceeding challenging four separate prison disciplinary determinations that were rendered after tier II and tier III hearings. The Attorney General has advised this Court that all of the determinations have been administratively reversed, references to such determinations have been expunged from petitioner's institutional record and the mandatory $5 surcharges that were imposed have been refunded to petitioner's inmate account. In view of this, the petition must be dismissed as moot (*see Matter of West v Annucci*, 134 AD3d 1379 [2015]; *Matter of Burgess v Prack*, 134 AD3d 1339 [2015]). We note that, inasmuch as a loss of good time was among the penalties imposed with respect to the first disciplinary determination, such loss of good time should be restored to petitioner (*see Matter of Moore v Prack*, 134 AD3d 1381 [2015]; *Matter of Dexter v Annucci*, 134 AD3d 1335 [2015]). We further note that, given that restitution in the amount of $65.25 was among the penalties imposed with respect to the third determination, any money paid by petitioner toward this amount should be refunded to him (*see Matter of Jiminez v Fischer*, 107 AD3d 1254, 1255 [2013]; *Matter of Lafferty v Fischer*, 61 AD3d 1235, 1236 [2009]). Petitioner also requests that his $15 reduced filing fee be refunded and the record discloses that he paid this amount (*see Matter of Warmus v Kaplan*, 133 AD3d 1026 [2015]; *Matter of McKethan v Prack*, 111 AD3d 1046 [2013]).

McCarthy, J.P., Rose, Lynch and Clark, JJ., concur. Adjudged that the petition is dismissed, as moot, without costs, but with disbursements in the amount of $15.